IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


CHRISTINA GAVEGNANO,

    Plaintiff,

v.                                            CASE NO. 1:08-cv-00120-MP-AK

MAUREEN GOODENOW,
WAYNE T MCCORMACK,
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Consent Motion to Amend/Correct Complaint by Christina Gavegnano. In the motion, the parties consent to allowing the Plaintiff to file an Amended Complaint. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to dismiss (doc. 4) is granted without prejudice to the Plaintiff filing an Amended Complaint by Thursday, August 14, 2008. The hearing set for Friday, July 25, 2008, is cancelled.

**DONE AND ORDERED** this _24th_ day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge