IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA GAVEGNANO,

    Plaintiff,

v.                                      CASE NO. 1:08-cv-00120-MP-AK

MAUREEN GOODENOW,
WAYNE T MCCORMACK,
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on Doc. 58, the Mediation Report.  The Report indicated that the parties were at an impasse, but the parties and mediator suggested an additional 25 days allowed for parties to continue to pursue settlement/resolution informally among themselves or with the assistance of mediator.   The motion is granted.  The Plaintiff shall ensure that a report of mediation be filed with the Court by Friday, April 17, 2009.

    **DONE AND ORDERED** this  *23rd*   day of March, 2009

                                *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge