*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA GAVEGNANO,

    Plaintiff,

v.                                    CASE NO. 1:08-cv-00120-MP-AK

MAUREEN GOODENOW,
WAYNE T MCCORMACK,
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 71, Joint Motion for Extension of Time to File Mediation Report. The motion is granted and the parties shall have until Monday, June 8, 2009, to file a Mediation Report.

**DONE AND ORDERED** this  21st  day of May, 2009

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge