IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA GAVEGNANO,

    Plaintiff,

v.                                            CASE NO. 1:08-cv-00120-MP-AK

MAUREEN GOODENOW, WAYNE T MCCORMACK, UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 57, Motion for Leave to Be Excused from Mediation by Wayne T Mccormack, Maureen Goodenow. This motion is now moot as the mediation has long since occurred, and plaintiff did not oppose the motion. (See Doc. 58).

**ORDERED AND ADJUDGED:**

Doc. 57 is denied as moot.

**DONE AND ORDERED** this  *23rd*  day of September, 2009

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge