IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTINA GAVEGNANO,

     Plaintiff,

v.                                      CASE NO. 1:08-cv-00120-MP-AK

MAUREEN GOODENOW,
WAYNE T MCCORMACK,
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

     Defendants.

_____/

**O R D E R**

     This matter is before the Court on Doc. 93, a notice of settlement submitted by the

Plaintiff.  In the notice, the Plaintiff indicates that a settlement has been reached as to all claims.

Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.    The plaintiff's complaint is dismissed with prejudice and this case is closed.

     2.    The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

     **DONE AND ORDERED** this *16th* day of February, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge